UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BURTS,<br><br>    Petitioner,<br><br>v.<br><br>S. HATTON, et al.,<br><br>    Respondents. | Case No. CV 17-8775 DDP(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the April 2, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1     IT IS HEREBY ORDERED that the Petition is denied and this action is
dismissed without prejudice, and that Judgment be entered accordingly. The Clerk
of the Court is directed to refer the Petition to the United States Court of Appeals
for the Ninth Circuit pursuant to Ninth Circuit Rule 22-3(a).

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
Report and Recommendation, and the Judgment herein on petitioner and on any
counsel for respondents.

    IT IS SO ORDERED.

DATED: 7-13-18

_____
HONORABLE DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE